UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

      -against-                              :

                                :

Ronald Hechavarria                           :
         Defendant.

                                :
-------------------------------------------------------x


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/17

16  Cr. 785-3  (VB)

Briccetti, J

## ORDER ACCEPTING PLEA ALLOCUTION

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the  Honorable Paul E. Davision, United States Magistrate Judge, dated May 22, 2017, is

approved and accepted.

    The Clerk of the Court is directed to enter the plea.

                                  SO ORDERED.

Dated:  White Plains, New York
      6/29/17

                                 _____
                                   Vincent L. Briccetti
                              United States District Judge