UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA    :

      v.    :

                           :

RONALD HECHAVARRIA,    :
                Defendant.    :

-----------------------------------------------------x

**ORDER**

16 CR 785 (VB)

       A conference in this violation of supervised release matter is scheduled for **November 29, 2022, at 9:00 a.m.**, in Courtroom 620 at the White Plains Courthouse.

Dated: November 18, 2022
      White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge