UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

___US___,
Plaintiff(s),

v.

_Ronald Hechavarria_
Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

16 CR 785 (VB)

~~PLEASE~~ TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ ~~Status~~ conference  **VOSR**  ___ Final pretrial conference

___ Telephone conference  ___ Jury selection and trial

___ Pre-motion conference  ___ Bench trial

___ Settlement conference  ___ Suppression hearing

___ Oral argument  ___ Plea hearing

___ Bench ruling on motion  ___ Sentencing

on __3-6-__, 20__23__, at __2:30 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __2-15-23__

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __2-7-__, 20__23__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge